# Exhibit 2

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel L. Balsam (State Bar No. 260423)<br>THE LAW OFFICES OF DANIEL BALSAM<br>2912 Diamond Street #218<br>San Francisco, CA 94131<br>TELEPHONE NO.: 415-869-2873   FAX NO. (Optional): 415-869-2873<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Christopher Wagner | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME:

PLAINTIFF/PETITIONER: Christopher Wagner

DEFENDANT/RESPONDENT: Spire Vision LLC et al

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [ ] Personal Injury, Property Damage, or Wrongful Death<br>   [ ] Motor Vehicle   [ ] Other<br>[ ] Family Law    [ ] Eminent Domain<br>[✓] Other (specify): Bus. & Prof. Code 17529.5, 17538.5 | SCV-252580 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [✓] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                                  on (date):
      (4) [ ] Cross-complaint filed by (name):                                  on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify): Only as to Defendant LIFESCRIPT INC., a Delaware corporation

2. (Complete in all cases except family law cases.)
   [ ] Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: Oct. 2, 2013

Daniel L. Balsam

TYPE OR PRINT NAME OF [✓] ATTORNEY   [ ] PARTY WITHOUT ATTORNEY                  (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only or of specified cross-complaints only, so state and identify the parties, causes of action or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date

TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY                  (SIGNATURE)

**If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

(To be completed by clerk)
4. [✓] Dismissal entered as requested on (date): OCT - 3 2013
5. [ ] Dismissal entered on (date):                  as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [✓] Attorney or party without attorney notified on (date): OCT - 3 2013
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to be conformed   [ ] means to return conformed copy

Date: OCT - 3 2013   Clerk, by _____ Kayla Felkins, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Gov. Code, § 68637(c); Cal Rules of Court, rule 3.1390
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com