John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:   (415) 944-5424
Facsimile:    (415) 944-5423

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WAGNER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al. <br><br> Defendants. | No. 13-cv-04952-WHA <br><br> **DECLARATION OF DANIEL BERGER IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: NONPREEMPTION** <br><br> The Honorable William A. Alsup <br> Hearing Date:  December 12, 2013 <br> Time:  8:00 a.m. <br> Location:  Courtroom 8 - 19th Floor |

I, Daniel Berger, declare as follows:

1. I am general counsel for Spire Vision LLC, Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Ward Media Inc., XL Marketing Corp., and Spire Vision Holdings Inc. (and by virtue thereof Achieve Opportunities LLC, Agreewizard LLC, Furturesdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC ). I am over the age of eighteen (18) years, and competent to testify to the matters stated herein.

2. Defendant Spire Vision LLC operates an email network enabling advertisers to leverage behavioral and category-specific targeting to reach defined audience segments. Its affiliates include Defendants Spire Vision LLC, Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Spire Vision Holdings Inc., Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC, Agreewizard LLC, Furturesdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC (collectively, "the Spire Vision Family"). The Spire Vision Family's targeted email advertising messages are 100% permission based.

3. The Spire Vision Family disputes Plaintiff's claim that he did not consent to receive emails from them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2013 in Washington, DC.

_____
Daniel Berger