1  John Du Wors, State Bar No. 233913
   john@newmanlaw.com
2  NEWMAN DU WORS LLP
   1201 Third Avenue, Suite 1600
3  Seattle, WA 98101
   Telephone:   (206) 274-2800
4  Facsimile:   (206) 274-2801

5  Leeor Neta, State Bar No. 233454
   leeor@newmanlaw.com
6  NEWMAN DU WORS LLP
   150 California Street, Suite 2100
7  San Francisco, CA 94111
   Telephone:   (415) 944-5424
8  Facsimile:   (415) 944-5423

9  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER WAGNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al.<br><br>Defendants. | No. 13-cv-04952-WHA<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 13)**<br><br>The Honorable William A. Alsup<br>Hearing Date: March 6, 2014<br>Time: 8:00 a.m.<br>Location: Courtroom 8 - 19th Floor |

    Defendants respectfully submit that the following supplemental authority, copies of which are attached, should be considered in connection with Defendants' response in opposition to Plaintiff's motion for partial summary judgment:

    1.    *XL Marketing Corp. et al. v. Kirby*, No. 4:11-cv-05107 (N.D. Cal. Jan. 15, 2014) (Hamilton, J.): Attorneys for Plaintiff Christopher Wagner filed a near word-for-word copy of the pending motion for partial summary judgment (Dkt. 13) in another matter involving identical legal issues. *See* Declaration of Leeor Neta, dated February 7,

2014, ¶ 2. The Honorable Phyllis J. Hamilton of this Court denied the near-identical motion for the same reasons offered by the Defendants in this matter. Specifically, the court found that the near-identical motion sought an "advisory opinion", i.e., "a ruling regarding the scope of federal CAN-SPAM preemption in the abstract, and presents no actual facts[.]" A true and correct copy of the order denying the near-identical motion is attached hereto as **Exhibit A**.

    2.    During the hearing, Judge Hamilton stated emphatically: "There's no way I'm going to give you an advisory opinion on the preemption issue." The Court also stated, "Mr. Balsam, I'm totally perplexed as to what we're doing here and why you really are seeking an advisory opinion from the Court." A true and correct copy of the transcript of these proceedings is attached hereto as **Exhibit B**.

Respectfully submitted February 10, 2014.

NEWMAN DU WORS LLP

_____
Leeor Neta (State Bar No. 233454)
John Du Wors (State Bar No. 233913)

Attorneys for Defendants
Spire Vision LLC, Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Spire Vision Holdings Inc., Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC , Agreewizard LLC, Furturesdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC