John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:   (415) 944-5424
Facsimile:   (415) 944-5423

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WAGNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al.<br><br>Defendants. | No. 13-cv-04952-WHA<br><br>**DECLARATION OF LEEOR NETA IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 13)**<br><br>The Honorable William A. Alsup<br>Hearing Date: March 6, 2014<br>Time: 8:00 a.m.<br>Location: Courtroom 8 - 19th Floor |

I, Leeor Neta, do declare and attest as follows:

1. I am an attorney with Newman Du Wors LLP, counsel for Defendants. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. Attorneys for Plaintiff Christopher Wagner filed a near word-for-word copy of the pending motion for partial summary judgment (Dkt. 13) in another matter involving

identical legal issues: *XL Marketing Corp. et al. v. Kirby*, No. 4:11-cv-05107 (N.D. Cal. Jan. 15, 2014) (Hamilton, J.). A true and correct copy of the near-identical motion is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on February 10, 2014.

_____
Leeor Neta