1  Leeor Neta, State Bar No. 233454
   leeor@newmanlaw.com
2  NEWMAN DU WORS LLP
   150 California Street, Suite 2100
3  San Francisco, CA 94111
   Telephone:   (415) 944-5424
4  Facsimile:   (415) 944-5423

5  Attorneys for Defendants

6  Timothy Walton (State Bar No. 184292)
   WALTON TWU LLP
7  9515 Soquel Drive, Suite 207
   Aptos, CA 95003
8  Telephone: (831) 685-9800
   Fax: (650) 618-8687
9
   Attorneys for Plaintiff
10

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WAGNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al.<br><br>Defendants. | No. 13-cv-04952-WHA<br><br>~~(PROPOSED)~~ **ORDER GRANTING STIPULATION TO CONTINUE MEDIATION DEADLINE**<br><br>The Honorable William A. Alsup<br>Location: Courtroom 8 - 19th Floor |

Pursuant to the stipulation of Plaintiff Christopher Wagner and Defendants Spire Vision LLC, Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Spire Vision Holdings Inc., Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC , Agreewizard LLC, Furturesdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC (the "Parties") to continue the

mediation deadline (the "Stipulation"), it is

ORDERED that the mediation deadline, currently set for April 21, 2014 is continued to May 21, 2014.

Dated this __6__ day of March, 2014.

_____
Honorable William A. Alsup

Presented by:

**WALTON TWU LLP**

/s/ Timothy Walton
_____
Timothy Walton (State Bar No. 184292)

Attorney for Plaintiff
Christopher Wagner

**NEWMAN DU WORS LLP**

_____
Leeor Neta (State Bar No. 233454)
John Du Wors (State Bar No. 233913)

Attorneys for Defendants
Spire Vision LLC, Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Spire Vision Holdings Inc., Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC , Agreewizard LLC, Furturesdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC