Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:   (415) 944-5424
Facsimile:   (415) 944-5423

Attorneys for Defendants

Timothy Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003
Telephone: (831) 685-9800
Fax: (650) 618-8687

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WAGNER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al.<br><br>    Defendants. | No. 13-cv-04952-WHA<br><br>~~(PROPOSED)~~ **ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO FOUR SPAMS**<br><br>**Fed. R. Civ. Proc. 56**<br><br>The Honorable William A. Alsup<br>Location: Courtroom 8 - 19th Floor |

Pursuant to the stipulation of Plaintiff Christopher Wagner and Defendants Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, Serve Clicks LLC, Spire Vision LLC, Spire Vision Holdings Inc., Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC, Agreewizard LLC, Furturesdrive, Junctionlights, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere (the "Parties") to continue the hearing

date on Plaintiff's Motion for Partial Summary Judgment as to Four Spams (the "Summary Judgment Motion"):

IT IS HEREBY ORDERED THAT the Summary Judgment Motion hearing, currently set for June 19, 2014 is continued to July 24, 2014;

IT IS FURTHER ORDERED THAT that Defendants' opposition to the Summary Judgment Motion is due July 3, 2014; and

IT IS FURTHER ORDERED THAT that Plaintiff's reply in support of the Summary Judgment Motion is due July 10, 2014.

Dated this 19 day of May, 2014.

Honorable William A. Alsup