**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   CHRISTOPHER WAGNER,

11          Plaintiff,                              No. C 13-04952 WHA

12      v.

13   DIGITAL PUBLISHING                             **ORDER RE MOTION HEARING**
     CORPORATION, *et al.*
14

15          Defendants.
                                              /
16

17          The hearing on plaintiff's second partial summary judgment motion is currently set for

18   August 21, 2014.  Defendants move to continue the hearing to August 28.  The Court cannot

19   grant the extension because of its own schedule, but the hearing will be advanced to **8:00 A.M.**

20   **ON AUGUST 14** in order to accommodate defense counsel's unavailability on August 22.

21          **IT IS SO ORDERED.**

22

23   Dated:  August 5, 2014.

24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28