IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WAGNER,

    Plaintiff,

v.

DIGITAL PUBLISHING CORPORATION, a Delaware corporation, *et al*.,

    Defendants.

No. C 13-04952 WHA

**ORDER REQUESTING SUPPLEMENTAL BRIEFING ON DISCOVERY REGARDING CONSENT AND SUMMARY JUDGMENT**

    By order dated August 11, 2014, defendants were permitted three weeks to complete discovery on the issue of consent (direct or otherwise) and any other issues necessary to oppose plaintiff's second motion for partial summary judgment. The hearing for plaintiff's second motion for partial summary judgment is set for October 2, 2014.

    Accordingly, the defense shall file a supplemental brief of **NO MORE THAN TEN PAGES**, updating the undersigned judge as to the status of the discovery on the issue of consent and any other issues in opposing partial summary judgment. The defense's supplemental brief is due by **5 PM ON SEPTEMBER 18, 2014**. Plaintiff may then file a response thereto of **NO MORE THAN TEN PAGES** by **5 PM SEPTEMBER 25, 2014.**

    **IT IS SO ORDERED.**

Dated: September 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE