1  John Du Wors, State Bar No. 233913
2  john@newmanlaw.com
   NEWMAN DU WORS LLP
3  2101 Fourth Avenue, Suite 1500
   Seattle, WA 98121
4  Telephone:   (206) 274-2800
   Facsimile:    (206) 274-2801
5
6  Leeor Neta, State Bar No. 233454
   leeor@newmanlaw.com
7  NEWMAN DU WORS LLP
   1900 Powell Street, Sixth Floor
8  Emeryville, CA 94608
   Telephone:   (415) 944-5422
9  Facsimile:    (415) 944-5423
10
   Attorneys for Defendants
11

12            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**

14  | CHRISTOPHER WAGNER, an individual, | No. 13-cv-04952-WHA |
15  |---|---|
    |  | **[PROPOSED] ORDER GRANTING STIPULATION TO BRIEFLY CONTINUE TRIAL** |
16  | Plaintiff, | |
17  | v. | |
    |  | Trial Date: March 30, 2015 |
18  | DIGITAL PUBLISHING CORPORATION, a Delaware corporation, et al., | Requested Trial Date: April 13, 2015 |
19  |  | Courtroom: 8, 19th Floor |
    |  | The Honorable William J. Alsup |
20  | Defendants. | |

([PROPOSED] is shown with strikethrough)

1  Pursuant to the stipulation of Plaintiff Christopher Wagner and Defendants Digital
2  Publishing Corporation et al. (the "Parties") to briefly continue trial:
3  IT IS HEREBY ORDERED THAT trial, currently set to commence on March 30,
4  2015, is continued to April 13, 2015 ~~or~~ _____.

5
6  Dated: __January 20__, 2015
7
8  _____
   The Honorable William ~~J.~~ Alsup
9  U.S.D.C. for the Northern District of California