IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WAGNER,

    Plaintiff,

v.

DIGITAL PUBLISHING CORPORATION, et al.

    Defendants.

No. C 13-04952 WHA

**ORDER RE PRE-TRIAL CONFERENCE DATE**

In light of the parties' stipulation to continue the trial date to April 13, the pre-trial conference is hereby continued to **TWO P.M. ON MARCH 11, 2015.** All other dates and deadlines remain in place.

**IT IS SO ORDERED.**

Dated: February 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE