United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WAGNER,

    Plaintiff,

v.

SPIRE VISION LLC, ACHIEVE OPPORTUNITIES LLC, AGREEWIZARD LLC, DIGITAL PUBLISHING CORPORATION, FUTURESDRIVE LLC, JUNCTIONLIGHTS LLC, JUNIPER MARKETING LLC, MEDIACTIVATE LLC, ON DEMAND RESEARCH LLC, OPPORTUNITY CENTRAL LLC, PATHS DIRECT LLC, PRIME ADVERTISERS LLC, PULLSMART LLC, SERVE CHICKS LLC, SPIRE VISION HOLDINGS, INC., WARD MEDIA INC., XL MARKETING CORPORATION, and YOURADSHERE LLC,

    Defendants.
    /

No. C 13-04952 WHA

**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE**

    It is hereby ordered that this case is referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference. The parties will be notified by Judge Corley of the date, time, and place of the settlement conference.

    **IT IS SO ORDERED.**

Dated: February 27, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE