IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WAGNER,

    Plaintiff,

v.

SPIRE VISION LLC, ACHIEVE OPPORTUNITIES LLC, AGREEWIZARD LLC, DIGITAL PUBLISHING CORPORATION, FUTURESDRIVE LLC, JUNCTIONLIGHTS LLC, JUNIPER MARKETING LLC, MEDIACTIVATE LLC, ON DEMAND RESEARCH LLC, OPPORTUNITY CENTRAL LLC, PATHS DIRECT LLC, PRIME ADVERTISERS LLC, PULLSMART LLC, SERVE CHICKS LLC, SPIRE VISION HOLDINGS, INC., WARD MEDIA INC., XL MARKETING CORPORATION, and YOURADSHERE LLC,

    Defendants.

No. C 13-04952 WHA

**ORDER TO SHOW CAUSE**

As stated in the case management order, all pretrial filings were due yesterday, but went unfiled (Dkt. No. 38). Plaintiff is hereby **ORDERED TO SHOW CAUSE**, via a sworn declaration, why this case should not be dismissed for failure to prosecute by **NOON ON MARCH 10, 2015**. Plaintiff will be heard on this order to show cause at the outset of the final pretrial conference.

**IT IS SO ORDERED.**

Dated: March 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE