Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800

Attorneys for Plaintiff

Leeor Neta (State Bar No. 233454)
NEWMAN DU WORS LLP
1900 Powell Street, 6th Floor
Emeryville, CA 94608
Phone: (415) 944-5422

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHRISTOPHER WAGNER, | ) Case No.   3:13-cv-04952 (WHA) |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO VOLUNTARY DISMISSAL OF ACTION** |
| vs. | ) |
| DIGITAL PUBLISHING CORP. *et al*, | ) **Fed. R. Civ. Proc. 41(a)** |
| Defendants. | ) |

The Court considered this day the Joint Stipulation to Dismiss Plaintiff's claims against Digital Publishing Corporation, Juniper Marketing LLC, Mediactivate LLC, On Demand Research LLC, Prime Advertisers LLC, ProAdvertisers LLC, Serve Clicks LLC, Spire Vision Holdings Inc., Spire Vision LLC, Ward Media Inc., XL Marketing Corp., Achieve Opportunities LLC , Agreewizard LLC, Futuresdrive LLC, Junctionlights LLC, Opportunity Central LLC, Paths Direct LLC, Pullsmart LLC, and Youradshere LLC (collectively, "SVF"), which requests this Court to enter a dismissal with prejudice, and without admission of liability or fraudulent joinder, with each side to bear its own costs and attorneys' fees. The stipulation is GRANTED.

1  **IT IS SO ORDERED.**

3  Date: March 16, 2015.

　　　　　　　　　　　　　　　William H. Alsup
　　　　　　　　　　　　　　　U.S. District Court Judge